# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00552-CV

### The City of Luling, Appellant

### v.

### Guadalupe Blanco River Authority, Appellee

### FROM THE DISTRICT COURT OF CALDWELL COUNTY, 421ST JUDICIAL DISTRICT
### NO. 15-O-544, HONORABLE TODD BLOMERTH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed an agreed motion to dismiss the appeal, explaining that the parties have settled their dispute and negotiated a new contract that renders moot the issues that were the subject of this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed as Moot

Filed: December 29, 2016